

# NUMBER 13-23-00256-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE ARTCOM COMMUNICATIONS SOUTH, L.L.C.

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Memorandum Opinion by Chief Justice Contreras**[1]

Relator Artcom Communications South, L.L.C. filed a petition for writ of mandamus asserting that the trial court abused its discretion by compelling relator to produce certain witnesses for deposition within thirty days. However, relator has now filed an unopposed motion to dismiss this original proceeding on grounds that the parties have reached an

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.1 (requiring the appellate courts to "hand down a written opinion that is as brief as practicable but that addresses every issue raised and necessary to final disposition"); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

agreement concerning the matters at issue and relator no longer wishes to prosecute its petition for writ of mandamus.

The Court, having examined and fully considered relator's unopposed motion to dismiss, is of the opinion that it should be granted. Accordingly, we lift the stay previously imposed in this case. *See* TEX. R. APP. P. 52.10(b). We grant the unopposed motion to dismiss, and we dismiss this petition for writ of mandamus.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
3rd day of July, 2023.